AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROLAND NELSON,

      Plaintiff,

V.

LARRY SHEW, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00256-PMP-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Roland Nelson's action is hereby DISMISSED.

   January 28, 2008                                       **LANCE S. WILSON**
                                                                      Clerk

                                                                     /s/ Kalani Lizares
                                                                        Deputy Clerk